982

No. 12-5572. NOSIE *v.* ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO. C. A. 9th Cir. Certiorari denied. 

No. 12-5682. ROBERTS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 12-5756. ANDERSON *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 12-5834. CARROLL *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 12-5837. TINSLEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF TINSLEY *v.* GENESIS HEALTHCARE CORP. Ct. Sp. App. Md. Certiorari denied. 

No. 12-5848. WILLIAMS *v.* HUMPHREY, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 12-5849. TIMMONS *v.* RICHLAND COUNTY SHERIFF'S OFFICE. C. A. 4th Cir. Certiorari denied. 

No. 12-5850. PRICE *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. Ct. App. D. C. Certiorari denied. 

No. 12-5859. ESPOSITO *v.* HUMPHREY, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 12-5860. SWISHER *v.* LEVENHAGEN, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 12-5863. SLOCUM *v.* CORPORATE EXPRESS US INC. ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12-5866. BLUME *v.* SUPILANAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 12-5871. FIELDS *v.* RAINBOW REHABILITATION CENTER ET AL. C. A. 6th Cir. Certiorari denied.